Reverend father James Gordon
Community betterment & welfare of the need
775 connetquot ave
Islip terrace, new York   11752
631-859-9299

**AZRACK, J.**

county of Suffolk new York
police commissioner   Geraldine hart

**BROWN, M. J.**

commissioner hart

I need to write you a letter of complaints. I had a problem a few years ago and my property is in the property section. I was threatened by a policeman / clerk . Forced to get a letter from my doctor. I was threatened not to donate the property.

I was told there must be a doctor who will get this evaluation. This policemen/ clerk was threatening said you will get this, but my mother was in the room listening to what this policemen / clerk has talked about with the speaker on. . in away he was threatening the internal revenue service. Because we are allowed by law to donate anything that is allowed. Only if the internal revenue service says its ok. But must be in there laws.  I am sorry to contact you commissioner hart, but we have to notify your office before I report this to the internal revenue service. We had to gather information before I write a report.

commissioner hart years ago we had a severe situation with the Suffolk police, district attorney, our ex lawyer ex county executive Steve levy and the red cross who conspired with the batfe and Suffolk police, and we witness beer drinking in the court house in a courtroom years ago. And no one did anything in the courtroom for about a hour.  No lawyer was willing to help what we uncovered in conspiracies in Suffolk county. Detectives who worked in the pistol license section threatened us over the phone many times. My mother was threatened in the pistol license section in front of other detectives .internal affairs refused to help with the threats done to us.

Your federal bureau investigations office refused to help us. They told us both we had to convince there supervisor to go after the Suffolk police and many in yaphank have to be removed from office. This was told to us by the F.B.I. On the phone .we been in contact with the internal revenue service for years. They wanted my mother and I to leave long island because they said they was afraid someone will go after us because of what we uncovered in conspiracies.

I am sorry commissioner hart I am not allowed to talk about this. Its just not safe for my mother and me. We had many problems happen over the years, our home phone was wire tapped our computer was hacked. In 2012. All our tax records was removed from our computer from the internet and all letters to internal revenue service CID was removed that was on word perfect. We had to make a report on what was taken from our computer. , this is all I am allowed to talk about.

If you question my title. I was ordained by a well known church and I have license and I am registered with new York. We will not be threatened by anyone. And we are going to seek advice. At this time the property section can not call or write us. Those who work in that department disrespect me and my mother . I wanted to figure out how I can open a church to help our communities. I am tax exempted. 501c3. But to be treated like this . I couldn't get a lawyer for years. All we ever wanted was our property returned year ago. All we get is severe threats and conspiracies. This is our home. And I am proud of Suffolk county. But now we feel its possible we may have to leave long island. I will seek advice with the internal revenue service on possible donation. And our over due report. Then I will contact new York rifle and pistol association.

Reverend father James Gordon
Community betterment & welfare of the needy
775 connetquot ave
Islip terrace, new York   11752
631-859-9299

county of Suffolk new York
police commissioner Geraldine hart

commissioner hart

my mother and me are requesting a appointment to come to your office to discuss the problems with property section and other related problems. We will not seek a lawyer at this time . We will give Suffolk county a chance to come forward and admit the wrong doings and resolve this as soon as possible . It would be in the best interests for Suffolk county.

The Suffolk police needs to be given the opportunity to go forward and try to fix the many years of conspiracies. We know because we are victims of these conspiracies and because of what happened and who did these its just too vast on a large scale. We can explain 2 situations that did happen within the last 3 weeks. It may be difficult but you will be told this. 3 weeks ago we are planning to go public with our 17 year story. I just got done calling the NRA when our telephone line was cut off. I heard 2 people talking very low that I can just barely hear who it was. They said he hears us and I said who is this. The phone shut down and I ran to the living room to tell my mother to get off the computer when we noticed the entire right modem was completely shut down . All yellow. The other modem was still all green. This is proof we was being tapped because someone wants to know what we will write about in our book about Suffolk county.

A week later my publisher was sending a important email about how to write our story to my email. That email never reached our email. They told us they have confirmation . The email never reached our email. It was intercepted just after they sent it to us. This is another proof that some one wants to know what we are going to write.

If we write our books about Suffolk county we don't know the effect it will have on the county and state. That's how bad it is. We know if we write these books we will have retaliation from the county or state. What could we do. No one is willing to help all these years. Now this happened the books may be written to help the people of Suffolk county know about these severe problems and new York state. No money could ever fix what they did to us over the years.

its about the principle of what they did and why . its some how related to 911. We hope your office will resolve what we uncovered.

Reverend father James Gordon
Community betterment & welfare of the needy
775 connetquot ave
Islip terrace , new York   11752
631-859-9299


county of Suffolk new York
30  yaphank   ave
yaphank    , new York   11980


attn:  property section    Vault


at this time you need to speak with your commissioner of police. We had to gather information for a agency because of the threats the policemen/clerk has done over the phone. No one is allowed to threaten anyone that states they are being forced to get a letter from anyone or any doctor for what ever reasons they may have. You cant threaten to say you can not donate what anyone has. In away this is like the internal revenue service is being told they cant donate . There is laws in place that allow donations of any kind, but must be cleared by the internal revenue service .

And forced to get a doctor in a hurry because they say so. This is very unprofessional. And possible violation of persons rights. I will not allow anyone to threaten or force me or my mother to do something that is not legal. Please do not speak to me like I don't know what I am doing. I am well aware of everything and we must report this to the internal revenue service and your police commissioner and take the advice from our president and other agency.


This will not resolve anything at this time. Please speak with your police  commissioner. I am not a lawyer . This is a violation of my rights .

Reverend father James Gordon
Community betterment & welfare of the needy
775 connetquot ave
Islip terrace , NY 11752
631-859-9299

Steve bellone county executive
h. lee dennison building
100 veterans memorial highway
hauppauge, new York   11788

attn: personal and confidential

dear county executive Steve bellone

I am sending you copies of letters sent to the commissioner hart and property section. My mother and I feel Suffolk county needs to resolve our problem with property section as soon as possible. At this time we will not seek a lawyer

Suffolk county for years has many conspiracies. We are only part victims of these conspiracies. For years we tried to file lawsuits on the county and the Suffolk police. No lawyer would help. They all knew something much deeper was never going to be told to the public. And if it did come out. We don't know who would retaliate. That's is why this is our last letter to the county. We cant explain 17 years of information to hardly no one. We can only say its not how long the crimes happened, its what they all did to prevent it from getting out. We know why they raided our home, we know why they tried to force us to give up our pistol license. We know who did this. We know who was selling guns in yaphank and who was offering them outside to gumshops.

It was a inside job. In away we was setup by the police. And we was told who got arrested with fake charges. We know the name of one of the gun dealers who most likely was the one dealer who bought guns from property section. We was innocent people and we was told by the third prescient in Bayshore by 2 detectives. Now we have another problem, but this time property section made a big mistake. Read our letters. Since we couldn't get a lawyer for years we have no choice but to go public. We don't care if the county is willing to pay us to stop this.

Its about no justice, bad lawyers, lawyers who conspire, courthouse where people drink beer in a courtroom. This is our home for many years. And we was treated with no respect. And broken laws and police officers who are greedy and threatening. Even your FBI wouldn't help, yet we had a great deal of information. Please do not treat us with no respect. They forgot about my

mother who was treated very badly years ago. You could never deal with the kind of fear we have.

Please do not ignore what we wrote about Suffolk police. You have 2 people who have something that can show the conspiracies in Suffolk county. Ex county executive Steve levy has 2 cassettes and your ex district attorney has 2 cassettes as well. To bad you couldn't hear what was on them.

We will not be threatened or forced to do something That's not moral or legal. Who gives those who work in property section the right to force people against there will. The internal revenue service is going to have a report. And it will show that your police threatened us because they tried to stop us from donation . And forced me to do what they say. I think in the best interest of Suffolk county your office, commissioner hart, and property section will have a appointment to meet in your office to talk over what will happen. We just had a problem happen 3 weeks ago. Read the letters. Someone in this county has been listening from our phone. And interception of email. Someone heard what we are going to do. Go public with conspiracies. Since the first day in 2002 when they raided our home.

| Form **3949-A** (April 2016) | Department of the Treasury - Internal Revenue Service<br># Information Referral<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.** There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use <u>Form 14039</u>.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>SARGENT THORTON | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address<br>30 YAPHANK AVE | e. City | f. State | g. ZIP code |

| h. Occupation<br>PROPERTY SECTION | i. Email address |
|---|---|

j. Marital status *(check one, if known)*
☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated    k. Name of spouse

| 2a. Name of business<br>SUFFOLK COUNTY POLICE | b. Employer Tax ID number (EIN) | c. Telephone number<br>631-852-6000 |
|---|---|---|
| d. Street address<br>30 YAPHANK AVE | e. City<br>YAPHANK | f. State<br>NY | g. ZIP code<br>11980 |

| h. Email address | i. Website<br>WWW.SUFFOLKPD.ORG |
|---|---|

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☐ False Exemption      ☐ Unsubstantiated Income    ☐ Unreported Income   ☐ Failure to Withhold Tax
☐ False Deductions     ☐ Earned Income Credit      ☐ Narcotics Income    ☐ Failure to File Return
☐ Multiple Filings     ☒ Public/Political Corruption ☐ Kickback          ☐ Failure to Pay Tax
☐ Organized Crime      ☐ False/Altered Documents   ☐ Wagering/Gambling   ☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____  TY ____ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

we have a severe problem. the people who work in property section have lied to us when they requested the doctors letter. we believe it was a setup to get our property. we decided to try to resolve the problems about what happened in the past with suffolk police . after the threats that sargent thorton has done. he threatened me not to donate. like he was telling me. forced me to not do what i decided because of a problem he started. he forced me in a hurry to get another doctor. he was yelling and screaming not to do what we was talking about, kept on saying there must be a doctor who would do the evaluation . he wanted any doctor to say what he said . not anything else. we feel this is a violation of my foundations donations rights and we was being forced against our will. in away this was like telling the internal revenue service they cant donate.  please read letter

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☐ Yes  ☐ No
b. Do you consider the taxpayer dangerous?    ☒ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name | Name |
|---|---|
| Street address | Street address |
| City | State | ZIP code | City | State | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>JAMES E GORDON/COMMUNITY BETTERMENT WELFARE OF THE NEEDY | b. Telephone number<br>631-859-9299 | c. Best time to call<br>ANYTIME |
|---|---|---|
| d. Street address<br>775 CONNETQUOT AVE | e. City<br>ISLIP TERRACE | f. State<br>NY | g. ZIP code<br>11752 |

Please print and send your completed form to: Internal Revenue Service
Stop 31313
Fresno, CA 93888

Catalog Number 47872E    www.irs.gov    Form **3949-A** (Rev. 4-2016)

Community betterment & welfare of the needy
James Gordon
775 connetquot ave
Islip terrace , n.y. 11752
631-859-9299

internal revenue service
stop 31313
fresno , ca 93888

we have a severe problem with the Suffolk police. I sent in 2 other reports in the mail about what happen when the policeman threatened us on the phone about not to donate. We believed this was because they kind of used us in getting that doctors report so they can get our property. When a policeman threatens the way Sargent Thornton has did we know there is something wrong.

He sounded just like mike beam. He had the same attitude and yelled the same way as he does. Your office needs to do a investigation into reasons of threats on our foundation. To force anyone to do what they say is a crime. In away they are threatening the internal revenue service with not being allow to donate.

We are going to take them to court and file those charges. We can not take these kinds of threats. They are just like what happened in 2002 and 2003. Thanks to your office and those agents helping us with good ideas on how to handle the police. We wish to thank you. My mother and I just played along with Sargent thornton. We knew he was going to threaten us as did mike beam. Well we took advice and I hope your office will look into another conspiracy.

They refused to contact us by mail . They wasted time in getting to contact us. We will file other charges because they refuse to allow my mother to use her ffl. We have the books . We will really appreciate you checking on the Suffolk police. I will inform the judge they violated my rights and the foundation rights. We will let the courts explain what is needed.

We will send another letter with more information. . we don't understand why the police are not talking to us and made us wait. Well they just lost there chance to resolve what was said.